by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877).

**No. 65509.**—Geo. H. Bowman & Son *v.* United States, protests 148714–K, 148715–K, and 148716–K (Baltimore).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiff was sustained.

**No. 65510.**—Bloomingdale Bros., a Div. of Fed. Dept. Stores, Inc., et al. *v.* United States, protests 233362–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiffs was sustained.

**No. 65511.**—Lundsing & Co. *v.* United States, protests 59/32045 and 59/34400 (Los Angeles).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

**No. 65512.**—Alfred H. Marzolf *v.* United States, protest 279703–K (Seattle).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 65513.**—Alfred H. Marzolf *v.* United States, protest 291273–K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 65514.—Alfred H. Marzolf v. United States, protests 297933–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 26, 1961

No. 65515.—American Import Co. et al. v. United States, protests 59/13227, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65516.—President Novelty & Jewelry Co., Inc. v. United States, protest 60/26593 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiff was sustained.

No. 65517.—Lafair & Sons Co. and Harper, Robinson & Co. v. United States, protest 58/8098 (San Francisco).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise identified as item 116 is in chief value of paper and that the